UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD DAVIS WRIGHT, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 4:22-cv-00602-SRC |
| GOVERNORS' ASSOCIATION, | ) |
| Defendant(s). | ) |

**Memorandum and Order**

This matter comes before the Court on review of a twenty-four-page document filed by self-represented plaintiff Ronald Davis Wright.  Doc 1.  The document is defective because it was not drafted on a Court-provided form.  *See* E.D. Mo. L.R. 2.06(A).  Moreover, Wright has neither paid the filing fee nor submitted an application to proceed without prepaying fees or costs.  *See* 28 U.S.C. § 1915(a)(1).  The Court further notes that the document submitted by Wright is illegible, nonsensical, and primarily consists of handwritten notes and incomplete sentences.  The Court cannot discern any of Wright's claims. The Federal Rules of Civil Procedure require litigants to formulate their pleadings in an organized and comprehensible manner.  Even self-represented litigants must abide by the federal rules and plead specific facts as to each named defendant.  *See* Fed. R. Civ. P. 8, 10.

Accordingly, the Court directs the Clerk to mail Wright copies of the Court's "Prisoner Civil Rights Complaint" form and the "Application to Proceed in District Court without Prepaying Fees or Costs."  The Court orders Wright to file an amended complaint on the Court-provided form no later than July 15, 2022.  The Court advises Wright that the amended complaint will take the place of the originally filed complaint.  The Court orders Wright to either

pay the $402 filing fee or submit an application to proceed without prepaying fees or costs no later than July 15, 2022.  If Wright fails to comply with this order, the Court will dismiss this case without prejudice and without further notice.

    So Ordered this 27th day of June 2022.

                                                                  */s/ Stephen R. Clark*
                                                                STEPHEN R. CLARK
                                                                UNITED STATES DISTRICT JUDGE