UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD DAVIS WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00602-SRC |
| ) | |
| GOVERNORS' ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## Memorandum and Order

This closed civil matter is before the Court on self-represented Plaintiff Ronald Davis Wright's filing titled, "Change of Venue: An Emergency Common Law Constitutional Request in Change to Correct Exact Proper Diversity of U.S.A. Citizenry." Doc. 4. For the reasons explained below, the Court denies Wright's request.

Wright initiated this action by filing a twenty-four-page complaint on notebook paper. The Court reviewed the complaint under 28 U.S.C. § 1915 and noted that it was "illegible, nonsensical, and primarily consist[ed] of handwritten notes and incomplete sentences." Doc. 2 at p. 1. The Court directed Wright to file an amended complaint in accordance with the Federal Rules of Civil Procedure and to pay the Court's filing fee or move to proceed in forma pauperis. *Id.* The Court warned that if he failed to comply, "the Court will dismiss this case without prejudice and without further notice." *Id.* at 2. Wright's amended complaint was due on July 15, 2022. On July 29, 2022, this Court dismissed this action without prejudice due to Wright's failure to comply with the Court's Order to amend his original complaint and pay the filing fee.

This Court's dismissal was without prejudice to Wright's ability to file a new lawsuit in the future should he decide to do so; however, the instant action is closed. Wright may not file

motions or other documents in this case in an attempt to advance or support previously filed claims for relief.   To the extent Wright can be understood to seek the reinstatement of this case or the commencement of a different civil case, the Court advises him that he cannot do so by filing the motion at issue here or any other motions in this case.

Accordingly, the Court denies Plaintiff's [4] Motion for Change of Venue.

Dated this 16th day of November, 2022.

*SLR. CR*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE